IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3175 |
| v. | ) | |
| | ) | |
| SCOTT HOBSON, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Trial of this matter is continued until further order, pending disposition of any pretrial motions that may be filed.

DATED this 31st day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge