```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3175 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT HOBSON, | ) | AMENDED ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The court's prior order, filing 15, is hereby amended. Defendant's motion for time to file pretrial motions, filing 14, is granted, and

1.  The deadline for filing pretrial motions is extended to April 20, 2007.

2.  The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and April 20, 2007, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge