```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )
                               )            4:06CR3175
          v.                   )
                               )
SCOTT HOBSON,                  )
                               )              ORDER
               Defendant.      )
                               )
```

IT IS ORDERED:

Defendant's motion to extend deadline for filing pretrial motions, filing 18, is granted, and

1. The deadline for filing pretrial motions is extended to June 1, 2007.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between April 26, 2007 and June 1, 2007, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.
18 U.S.C. § 3161(h)(8)(A) & (B).

3. Defendant's motion to extend deadline, filing 17, is denied as moot.

DATED April 26, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge