IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3175 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT HOBSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The defendant's unopposed motion to continue the status hearing, filing 28, is granted. The status hearing is continued to August 21, 2007 at 10:00 a.m.

DATED this 16th day of July, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge