IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3175 |
| v. | ) | |
| SCOTT HOBSON, | ) | ORDER |
| Defendant. | ) | |

Defendant's unopposed oral motion to change the time of the plea hearing is granted. The change of plea hearing, previously set for 1:30 p.m. on November 19, 2007, will be held on November 19, 2007 at **3:30 p.m.**

DATED this 6th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge