IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3175 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SCOTT HOBSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to continue sentencing hearing (filing 45) is granted.

(2)   The defendant's sentencing is continued to Thursday, March 20, 2008, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

December 20, 2007.            BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge